IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NUANCE COMMUNICATION INC.,

Plaintiff,

v.

VOICE SIGNAL TECHNOLOGIES, INC.,

Defendant.

Civil Action No. 07-cv-10363 (PBS)

## VOICE SIGNAL'S MOTION TO STAY LITIGATION DURING REEXAMINATIONS

Defendant Voice Signal Technologies, Inc. ("Voice Signal") submits this motion to stay all proceedings in this case pending the outcome of reexamination proceedings on United States Patent Nos. 5,850,627, 5,920,836, and 6,092,044 (the "patents-in-suit") by the United States Patent and Trademark Office.

Voice Signal respectfully submits its Memorandum in Support of the present Motion.

Dated: March 27, 2007

Respectfully submitted,

/s/ Robert J. Silverman
Matthew B. Lowrie (BBO No. 563,414)
Robert J. Silverman (BBO No. 633,164)
Carla M. Levy (BBO No. 654,212)
  LOWRIE, LANDO & ANASTASI, LLP
  Riverfront Office Park
  One Main Street, 11th Floor
  Cambridge, MA  02142
  Telephone:  617-395-7000
  Facsimile:  617-395-7070
  emailservice@LL-A.com

*Attorneys for Voice Signal Techs., Inc.*

### Certification Pursuant to Local Rules 7.1(A)(2)

Pursuant to Local Rules 7.1(A)(2), counsel for Voice Signal certifies that they have conferred and have attempted in good faith but without success to resolve or narrow this issues raised in this motion.

/s/ Robert J. Silverman
Robert J. Silverman, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing MOTION TO STAY LITIGATION DURING REEXAMINATION was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including those listed below, and paper copies will be sent to those indicated as non-registered participants this 27th day of March, 2007.

| | |
|---|---|
| **Lance Lee**<br>Young Pickett & Lee<br>4122 Texas Blvd.<br>P.O. Box 1897<br>Texarkana, TX 75504-1897 | **Sarah C. Columbia**<br>Choate, Hall & Stewart<br>Two International Place<br>Boston, MA 02110 |
| **Dale M. Cendali**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 | **David Greenbaum**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>david.greenbaum@weil.com |
| **Patrick J. O'Toole, Jr.**<br>Weil, Gotshal & Manges LLP<br>100 Federal Street<br>Boston, MA 02110<br>patrick.otoole@weil.com | **Kelly B. Tidwell**<br>**Nicholas H. Patton**<br>Patton Tidwell Sandefur<br>4605 Texas Blvd.<br>PO Box 5398<br>Texarkana, TX 75505-5398 |
| **Jeffery A. Fehervari**<br>**Mark Samuels**<br>**Brandy Jennifer Glad**<br>**David W. Ono**<br>**Mark Scarsi**<br>O'Melveny & Myers - LA<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | |

Dated: March 27, 2007

/s/ Robert J. Silverman
Robert J. Silverman, Esq.

804422-1